**RECEIVED**

DEC 1 3 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

YORK RISK SERVICES GROUP, INC.                    CIVIL ACTION NO. 6:16-CV-00063

VERSUS                                            JUDGE DOHERTY

PREFERRED REPORTS, LLC,                           MAGISTRATE JUDGE HANNA
BART STURGIS, BRANDON
LACAZE, SCOTT KNIGHT, COLBY
BREAUX, AND LINDA HEBERT

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant Julia Bonaventure's motion to dismiss (Rec. Doc. 54) is DENIED; the plaintiff is ordered to file, not later than December 1, 2016, a second amended complaint setting forth in greater detail the factual allegations underlying its claims against Ms. Bonaventure; and Ms. Bonaventure may, if appropriate, reurge her motion to dismiss following review of the amended complaint, consistent with the report and recommendation.

Lafayette, Louisiana, this _13_ day of _December_ 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE